## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

REBECCA S. McNAUGHTON,

              Plaintiff,                  CASE NO. 09-CV-10766

v.                                DISTRICT JUDGE PAUL D. BORMAN
                                MAGISTRATE JUDGE R STEVEN WHALEN

COMMISSIONER OF SOCIAL
SECURITY,

              Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF DISMISSING WITH PREJUDICE PLAINTIFF'S SOCIAL SECURITY DISABILITY APPEAL

Before the Court is Magistrate Judge R. Steven Whalen's Report and Recommendation (R&R) in favor of dismissing with prejudice Plaintiff's Social Security Disability appeal, brought under 42 U.S.C. § 405(g).  (Dkt. No. 10.)

Having reviewed that Report and Recommendation, and there being no objections from either party, the Court hereby;

(1)    **ADOPTS** the Magistrate Judge's Report and Recommendation **DISMISSING WITH PREJUDICE** Plaintiff's Social Security Disability appeal brought under 42 U.S.C. § 405(g).

**SO ORDERED.**

                         s/Paul D. Borman_____
                         PAUL D. BORMAN
                         UNITED STATES DISTRICT JUDGE

Dated:  December 4, 2009

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on December 4, 2009.

s/Denise Goodine

Case Manager